# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

147977 & (24)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LAMAR FOETOIE JOHNSON,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147977
COA: 314052
Kalamazoo CC: 2008-000209-FC

      On order of the Court, the application for leave to appeal the September 24, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for evidentiary hearing is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

h0224